**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 19, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00674-CV

---

### IN RE ASHTON AARON THERIOT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-66901**

---

## MEMORANDUM OPINION

On September 13, 2024, relator Ashton Aaron Theriot filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Angela Graves-Harrington, presiding judge of the 246th District Court of Harris County, to "Reinstate Case No: 2015-66901 on docket" and "Termination of child support **Case No: 2015-66901** Dismissed with prejudice."

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.